**Order filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-12-00167-CV

———————

**VONDA BARNHART, Appellant**

**V.**

**SYLVIA MORALES AND LUIS PEREZ, Appellees**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-17655**

## ORDER

This is an appeal of a judgment in favor of Sylvia Morales and Luis Perez. The appeal was abated pursuant to the Texas Insurance Code. *See* Tex. Ins. Code. §§ 443.08 and 462.309. The period for a stay of as set out in Tex. Ins. Code § 462.309 has expired. Unless any party files a response within fifteen days of the date of this order demonstrating that the stay has been extended, the appeal will be reinstated.

PER CURIAM